# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1536
Lower Tribunal No. 16-13573
_____

**Efron Dorado, S.E., et al.,**
Appellants,

vs.

**Revere High Yield Fund, L.P.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

The Ferraro Law Firm, and Leslie B. Rothenberg; Russomanno & Borrello, P.A., and Herman J. Russomanno, III, for appellants.

Tabas & Soloff P.A., and Stacey F. Soloff and Michael K. Northrop, for appellee.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.  Wonalancet Co. v. Banfield, 165 A. 785, 786-87 (Conn. 1933) ("A breach of an executory contract by anticipation, occurs only when there is a distinct, unequivocal, and absolute refusal to perform.  'The renunciation must be so distinct that its purpose is manifest, and so absolute that the intention to no longer abide by the terms of the contract is beyond question.'"); see also Koski v. Eyles, 440 A.2d 317, 318 (Conn. Super. Ct. 1981) (applying same).